UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 364-4 |
| v. ) | |
| ) | Judge Wayne B. Andersen |
| LEONARD LEONTE ) | |

## GOVERNMENT'S LIST OF POTENTIAL WITNESSES

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, the United States Attorney for the Northern District of Illinois, Eastern Division, respectfully submits this Government's List of Potential Witnesses. This list includes those individuals who the government expects to call, as well as other individuals that the government may call if necessary.

1. Special Agent Jacob Blanchette, Department of Homeland Security – Immigration and Customs Enforcement

2. Tammy Daniels

3. United States Citizenship and Immigration Services Officer Zenaida Arcangel

4. Adrian Mataisz

5. Viorel Chicos

6. Lorenzo Rogojina

7. George Rogojina

8. Jeremy Starnes

9. Special Agent Bill Rusche, Department of Homeland Security – Immigration and Customs Enforcement

10. Special Agent Nick Kinney, Department of Homeland Security – Immigration and Customs Enforcement

11. Special Agent Karen Whelan, Department of Homeland Security – Office of Inspector General

12. Timothy Daniels

13. John Fabion

14. Fred Chaney

15. Kevin Chaney

16. Ronald Ehlers, Jr.

17. Robert Garibaldi

18. Linda Laskowski

19. Ohanis Malkon

20. Valerie Mattingly

21. Ranko Ristic

22. Ali Saleh

Dated: January 31, 2008

           Respectfully submitted,

           PATRICK J. FITZGERALD
           United States Attorney

By:   Scott R. Drury/s
      SCOTT R. DRURY
      CLIFFORD C. HISTED
      Assistant United States Attorneys
      219 South Dearborn, 5th Floor
      Chicago, Illinois 60604
      (312) 353-1416

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S LIST OF POTENTIAL WITNESSES**

was served on January 31, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                          By:    Scott R. Drury/s
                                 SCOTT R. DRURY
                                 Assistant United States Attorney
                                 219 South Dearborn, 3rd Floor
                                 Chicago, Illinois 60604
                                 (312) 353-1416